| | |
|---|---|
| 1 | JOSEPH P. RUSSONIELLO (CABN 44332)<br>United States Attorney |
| 2 | |
| | BRIAN J. STRETCH (CABN 163973) |
| 3 | Chief, Criminal Division |
| 4 | JOSHUA HILL (CABN 250842)<br>Assistant United States Attorney |
| 5 | |
| 6 | 1301 Clay Street, Suite 340S<br>Oakland, California 94612 |
| 7 | Telephone: (510) 637-3740<br>Facsimile: (510) 637-3724<br>E-Mail: Joshua.Hill2@usdoj.gov |
| 8 | |
| 9 | Attorneys for the United States of America |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 4-08-70470 WDB |
| | ) | No. 4-08-70461 WDB |
| Plaintiff, | ) | |
| | ) | STIPULATION AND ORDER |
| vs. | ) | REGARDING WAIVER OF TIME |
| | ) | PROVISIONS OF RULE 5.1 AND 18 U.S.C. |
| JOSE ANTONIO AGUILAR ESQUIVEL, | ) | § 3161(b) AND SETTING DATE FOR |
| | ) | STATUS HEARING |
| Defendant. | ) | |

IT IS HEREBY STIPULATED between the plaintiff through its attorney, Joshua Hill, and the defendant through his attorney, Mike McDonnell, that the next hearing on the status of this matter shall be set for October 28, 2008 at 10:00 a.m. Defendant and his counsel continue to waive the provisions of Rule 5.1(c) of the Federal Rules of Criminal Procedure requiring a preliminary hearing to be held within 10 days of his initial appearance and 18 U.S.C. § 3161(b) requiring an indictment to be filed within thirty days from the date of arrest. The United States and defendant continue to discuss the possible resolution of this matter, which may also include

resolution of charges currently pending in the Eastern District of Washington. Defendant's waiver is based on the need for continuity of counsel and reasonable time necessary for effective preparation. The defense agrees that the waiver covers all time between September 10, 2008 and October 28, 2008.

IT IS SO STIPULATED:

Dated: September 12, 2008            /s/ Mike McDonnell
                                     MIKE McDONNELL
                                     *Attorney for Defendant*


Dated: September 12, 2008            /s/ Joshua Hill
                                     JOSHUA HILL
                                     Assistant United States Attorney


**ORDER**

GOOD CAUSE HAVING BEEN SHOWN, it is hereby ordered that time limits under Rule 5.1(c) of the Federal Rules of Criminal Procedure and 18 U.S.C. § 3161(b) are waived, and the parties shall appear for a status hearing in this matter on October 28, 2008 at 10:00 a.m.

Dated: September 15, 2008            [signature]
                                     HONORABLE WAYNE D. BRAZIL
                                     United States Magistrate Judge

Stip and Order                                2